1  Thiago Coelho, SBN 324715
2  thiago@wilshirelawfirm.com
3  Binyamin I. Manoucheri, SBN 336468
   binyamin@wilshirelawfirm.com
4  Jasmine Behroozan, SBN 325761
5  jasmine@wilshirelawfirm.com
   **WILSHIRE LAW FIRM**
6  3055 Wilshire Blvd., 12th Floor
7  Los Angeles, California 90010
   Telephone: (213) 381-9988f
8  Facsimile: (213) 381-9989
9
10 *Attorneys for Plaintiff and Proposed Class*
11
                **UNITED STATES DISTRICT COURT**
12
            **FOR THE CENTRAL DISTRICT OF CALIFORNIA**
13

| CRYSTAL REDICK, individually and on behalf of all others similarly situated, | CASE NO.: 2:21-cv-05541-SB-SK |
|---|---|
| Plaintiff, | Honorable Judge Stanley Blumenfeld, Jr. Courtroom 6C |
| v. | |
| DIAMOND RESORTS INTERNATIONAL, INC. d/b/a EMBARC RESORTS, a Delaware corporation; and DOES 1 to 10, inclusive, | **NOTICE OF SETTLEMENT** Complaint Filed: July 8, 2021 Trial Date: None |
| Defendants. | |

Plaintiff, Crystal Redick ("Plaintiff") hereby notifies the Court that the claims of Plaintiff have settled on an individual basis. A notice of dismissal of Plaintiff's individual claims in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(i) will be filed upon execution of a formal settlement agreement. Plaintiff reserves the right to reopen within forty-five (45) days if a settlement is not finalized.

Dated: October 8, 2021                                   Respectfully Submitted,

                                                         */s/ Thiago M. Coelho*
                                                         Thiago M. Coelho
                                                         **WILSHIRE LAW FIRM**
                                                         *Attorneys for Plaintiff and Proposed Class*

**WILSHIRE LAW FIRM, PLC**
3055 Wilshire Blvd, 12th Floor
Los Angeles, CA 90010-1137

1
NOTICE OF SETTLEMENT

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 8, 2021, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the Court's CM/ECF system, which sent notification to all counsel of record, who are deemed to have consented to electronic service via the CM/ECF system.

Dated: October 8, 2021         */s/ Thiago M. Coelho*
                               Thiago M. Coelho