FILED
CLERK, U.S. DISTRICT COURT
November 16, 2021
CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

JS-6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRYSTAL REDICK, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DIAMOND RESORTS INTERNATIONAL, INC. d/b/a EMBARC RESORTS, a Delaware corporation; and DOES 1 to 10, inclusive,<br><br>　　　　Defendants. | Case No.:  2:21-cv-05541-SB-SK<br><br>**ORDER GRANTING VOLUNTARY DISMISSAL WITH PREJUDICE, PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)**<br><br>Complaint filed:  July 8, 2021 |

///
///
///
///
///
///
///

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

On November 15, 2021, Plaintiff filed a notice of voluntary dismissal with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) [Dkt. No. 15].

Upon due consideration, good cause appearing, the Court DISMISSES this action with prejudice as to Plaintiff's individual claims. Each party must bear its own costs and attorneys' fees. The Clerk of Court is instructed to terminate all pending motions and deadlines and close the case.

**IT IS SO ORDERED.**

DATED: November 16, 2021          By: _____
                                      Hon. Stanley Blumenfeld, Jr.
                                      United States District Court Judge